JENNIFER MOUZIS, SBN 200280
MOUZIS CRIMINAL DEFENSE, LLC
1819 K Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712
Email: jm@jennifermouzislaw.com

Attorney for Defendant
GREGORY TABAREZ

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>GREGORY TABAREZ.,<br><br>    Defendant. | Case No.: 2:20-cr-00112-JAM-3<br><br>**STIPULATION AND ORDER RE TEMPORARY RELEASE FAMILY VISITATION** |

## STIPULATION

Mr. Tabarez's paternal grandmother died on July 31, 2021. Mr. Tabarez was very close to his paternal grandmother, having been raised by her for part of his childhood, and remaining close to her for all his life. Her funeral services will be held at the River Cities Funeral Chapel on August 21, 2021. Mr. Tabarez is requesting to be temporarily released from custody on August 21, 2021, to attend the funeral.

Mr. Tabarez is in custody at the Sacramento Main Jail. The request is that he be temporarily released on August 21, 2021, sometime between 9:00 a.m. and 10:00 a.m., to the custody of Investigator Paul Schindler and return to the Sacramento County Main Jail

1  no later than 5:00 p.m. on August 21, 2021.  He would travel between Sacramento County
2  and Yolo County for the purpose of attending the funeral.
3      It is hereby stipulated and agreed between plaintiff, United States of America, and
4  defendant, Gregory Tabarez., through their attorneys, pursuant to 18 U.S.C. 3142(i), that
5  Mr. Tabarez may be temporarily released from custody as set forth below to attend the
6  funeral on August 21, 2021.
7      The parties agree that the Court may order Mr. Tabarez be temporarily released
8  sometime between 9:00 a.m. and 10:00 a.m. on August 21, 2021, to the custody of
9  Investigator Paul Schindler with instructions that he return to the Sacramento County Main
10 Jail by 5:00 p.m. the same day.  The parties request the Court to direct the U.S. Marshal
11 Service to coordinate Tabarez's release and surrender with the jail as they see fit, within
12 the time frame permitted above.  Mr. Tabarez has signed the attached Notice to Defendant
13 Being Released (modified to fit the conditions of this temporary release) which defense
14 counsel will submit to the Courtroom Deputy for filing before August 21, 2021.
15     Investigator Schindler will transport Mr. Tabarez to and from the River Cities
16 Funeral Chapel located at 910 Soule Street, West Sacramento, CA. Investigator Schindler
17 will at all times remain with Mr. Tabarez and will immediately notify Assistant United
18 States Attorney David Spencer and Pretrial Services if Mr. Tabarez is non-compliant with
19 the conditions of release.

Respectfully submitted,

Date: August 10, 2021         /S/ Jennifer Mouzis
                              JENNIFER MOUZIS
                              Attorney for Defendant
                              GREGORY TABAREZ

Date: August 10, 2021         PHILLIP A. TALBERT
                                      Acting United States Attorney

                                      /s/ David Spencer
                                      DAVID SPENCER
                                      Assistant United States Attorney

## ORDER

        Gregory Tabarez is ordered temporarily released from custody sometime between 9:00 a.m. and 10:00 a.m. on August 21, 2021, to Investigator Paul Schindler, is further ordered to surrender himself to the Sacramento County Main Jail by 5:00 p.m. that day. The U.S. Marshal Service is directed to make necessary arrangements with Sacramento County Main Jail for Mr. Tabarez's release and surrender. Mr. Tabarez is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

        IT IS SO ORDERED.

Dated: August 12, 2021

                                                       KENDALL J. NEWMAN
                                                       UNITED STATES MAGISTRATE JUDGE