FILED
August 20, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY TABAREZ<br><br>　　　　Defendant. | Case No.  2:20-cr-00112-JAM<br><br>**ORDER FOR TEMPORARY RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GREGORY TABAREZ </u>Case No. <u>2:20-cr-00112-JAM </u> Charges <u>21 USC § 846 and 841(a)(1) </u> from custody for the following reasons:

　　　_____    Release on Personal Recognizance

　　　_____    Bail Posted in the Sum of $ _____

　　　　　　　_____    Unsecured Appearance Bond $ _____

　　　　　　　_____    Appearance Bond with 10% Deposit

　　　　　　　_____    Appearance Bond with Surety as stated on the record in open court.

　　　_____    Corporate Surety Bail Bond

　　　  X     (Other): <u>Defendant temporarily released on Saturday, 8/21/2021 between 9:00 AM and 10:00 AM to Investigator Paul Schindler. Defendant to self-surrender to the Sacramento County Mail Jail by 5:00 PM on 8/21/2021.</u>

Issued at Sacramento, California on at 8:00 AM on August 20, 2021

Dated:  August 20, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE