**JENNIFER MOUZIS**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
Gregory Tabarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-112-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | |
| GREGORY TABAREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer and defendant, Gregory Tabarez, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, June 21, 2022 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to August 9, 2022 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.  Federal Probation Officer, Nisha Modica, also agrees to this change.

The reason for the continuance is that the Defense needs additional time to file the Sentencing Memorandum by completing additional investigation related to sentencing and mitigation.

//

1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 14, 2022                                    PHILLIP A. TALBERT
                                                        United States Attorney

                                            By:   /s/ David Spencer
                                                  DAVID SPENCER
                                                  Assistant United States Attorney

Dated: June 14, 2022                               /s/ Jennifer Mouzis
                                                   JENNIFER MOUZIS
                                                   Attorney for Defendant
                                                   Gregory Tabarez

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of June 21, 2022, at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on August 9, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  June 14, 2022                              /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE